PROB 12B
(7/93)

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 17 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Roberta J. Vangrimbergen        Case Number: 2:02CR00071-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/16/2002              Type of Supervision: Supervised Release

Original Offense: Possession and Passing Counterfeit Currency, 18 U.S.C. § 472

Date Supervision Commenced: 2/4/2003

Original Sentence: Prison - 4 Months;
TSR - 36 Months

Date Supervision Expires: 2/3/2006

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16. You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer.

17. You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

### CAUSE

On July 26, 2005, Ms. Vangrimbergen was arrested for driving while under the influence of intoxicants (DUI). Her case is pending in Spokane County District Court. Following the defendant's arrest, she reported the information to her employer and the undersigned officer. As a recovering addict, Mrs. Vangrimbergen has displayed more of a concern that she consumed alcohol on July 26, 2005, than being arrested on that day. In discussion with the defendant, it appears that a possible cause for the defendant's consumption of alcohol that led to her DUI arrest may have been prompted by some unresolved mental health issues. Subsequently, Ms. Vangrimbergen has been referred to mental health counseling. Additionally, the defendant's frequency of urine testing has been increased. Given the defendant's appropriate response to the alleged violation, and her ongoing compliance, the above modification is warranted in this matter. Ms. Vangrimbergen has agreed and signed the attached waiver of hearing to modify her conditions of supervision as noted above.

Respectfully submitted,

by _____
Richard B. Law
U.S. Probation Officer
Date: August 10, 2005

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

8/17/05
_____
Date